IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

CASE NO.11-CV-24090-Cooke/Turnoff

GIANCARLO CUROTTO,

    Plaintiff,

vs.

KEY PARKING SERVICES, INC. and
MICHAEL D' ALESSANDRO, individually,

    Defendants.
_____/

## MOTION TO COMPEL DISCOVERY AND FOR THE AWARD OF ATTORNEY'S FEES AND MEMORANDUM OF LAW IN SUPPORT

    Defendant, KEY PARKING SERVICES, INC., by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 33, 34 and 37, move this Court for the issuance of an Order compelling discovery and awarding attorney's fees and serve their Memorandum of Law in Support, and state:

    1.    On February 8, 2012 Defendant, KEY PARKING SERVICES, INC. served its Interrogatories and First Request for Production of Documents to Plaintiff and Cesar Uri Avila.

    2.    A copy of the Interrogatories and First Request for Production of Documents to Plaintiff and Cesar Uri Avila is attached as Composite Exhibit "A."

    3.    A copy of the letter sent to opposing counsel enclosing the First Request for Production of Documents to Plaintiff and Cesar Uri Avila along with the return receipt and facsimile confirmation demonstrating proof of service is attached as Composite Exhibit "B."

    4.    Plaintiff failed to object, move for extension of time or move for protective order during the time required by Fed. R. Civ. P. 33 & 34, respectively.

## MEMORANDUM OF LAW

Defendant propounded Interrogatories and First Request for Production of Documents to Plaintiff and Cesar Uri Avila in accordance with Fed. R. Civ. P. 33 & 34. Rule 33 provides that the responding party must serve its answers and any objections within 30 days after being served with the interrogatories. Similarly, Rule 34 provides that the party to whom the request is directed must respond in writing within 30 days after being served. Under Fed. R. Civ. P. 37(a)(1) and based on the facts recited above, Defendant is entitled to an order compelling answers to its interrogatories and production of the requested documents. Pursuant to Fed. R. Civ. P. 37(5), Defendant is further entitled to an award of reasonable expenses incurred in making this Motion.

## CERTIFICATE OF GOOD FAITH CONFERENCE; UNABLE TO CONFER

Pursuant to Local Rule 7.1(a)(3)(B), I hereby certify that counsel for the Defendant, KEY PARKING SERVICES, INC., has made reasonable efforts to confer with all parties and non-parties who may be affected by the relief sought in the motion but has been unable to do so. The reasonable efforts were specifically made on March 27, 2012 wherein undersigned counsel sent a letter to opposing counsel requesting complete answers to interrogatories under oath, all requested documents, any response to the request indicating that all responsive documents have been produced and indicating which documents were produced, a copy of the letter along with the return receipt and facsimile confirmation demonstrating proof of service is attached as Composite Exhibit "C." Plaintiff provided no response whatsoever.

**WHEREFORE**, Defendant, KEY PARKING SERVICES, INC., respectfully requests that the Court issue an Order compelling discovery, requiring Plaintiff to produce all requested items, requiring Plaintiff to provide a response to the Request to Produce indicating the documents have been produced and which documents have been produced in response to which

request, requiring Plaintiff to provide full and complete answers to interrogatories under oath and awarding attorney's fees and such further and different relief as this Court deems just and proper under the circumstances.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 3, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel for record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

LEVINE & PARTNERS, P.A.
ATTORNEYS FOR DEFENDANTS
1110 BRICKELL AVE. - 7TH FLOOR
MIAMI, FLORIDA 33131
TELEPHONE NO.: (305) 372-1350
FACSIMILE NO.: (305) 372-1352
EMAIL: asr@levinelawfirm.com

BY: /s/ Allan S. Reiss, Esquire
ALLAN S. REISS, ESQUIRE
FLORIDA BAR NO: 858500

**SERVICE LIST**
Andrew I. Glenn, Esquire
Jaffe Glenn Law Group, P.A.
12000 Biscayne Boulevard, Suite 707
Miami, Florida 33181
(305) 726-0060
(305) 726-0046 – fax
AGlenn@JaffeGlenn.com
Attorney for Plaintiff
(via CM/ECF)