| | |
|---|---|
| LEVINE & PARTNERS, P.A.<br>ATTORNEYS AT LAW | 1110 BRICKELL AVENUE, 7th FLOOR<br>MIAMI, FLORIDA 33131 |

Allan S. Reiss, Esquire

TELEPHONE: (305) 372-1350 Ext. 115
FACSIMILE:  (305) 423-3203
E-MAIL:     asr@levinelawfirm.com

February 8, 2012

**Via Facsimile and Certified Mail**
**7010 2780 0001 8638 3712**
Andrew I. Glenn, Esq.
Card & Glenn, P.A.
2501 Hollywood Boulevard, Suite 100
Hollywood, Florida 33020

**RE:   GIANCARLO CUROTTO v. KEY PARKING SERVICES, INC., and MICHAEL D'ALESSANDRO, individually**

**SOUTHERN DISTRICT COURT CASE NUMBER: 1:11-cv-24090-MGC**

Dear Mr. Glenn:

Please find enclosed Defendants' Interrogatories and Request for Production in the above-referenced matter.

Very truly yours,

LEVINE & PARTNERS, P.A.

By: _____
ALLAN S. REISS, ESQ.

ASR/ma
Enclosures

cc:   Key Parking Services, Inc.
      Michael D' Alessandro

E:\WORK\B\0052.032\L\LT Glenn 2.doc



02/08/2012 16:46 TEL 3053721352                                                    ☑0001

```
          *********************
          ***   TX REPORT   ***
          *********************

  TRANSMISSION OK

  TX/RX NO              4275
  RECIPIENT ADDRESS     919549219553
  DESTINATION ID
  ST. TIME              02/08 16:44
  TIME USE              02'03
  PAGES SENT            17
  RESULT                OK
```

LEVINE & PARTNERS, P.A.  
ATTORNEYS AT LAW

1110 BRICKELL AVENUE, 7th FLOOR  
MIAMI, FLORIDA 33131

Allan S. Reiss, Esquire

TELEPHONE: (305) 372-1350 Ext. 115  
FACSIMILE: (305) 423-3203  
E-MAIL: asr@levinelawfirm.com

February 8, 2012

**Via Facsimile and Certified Mail**  
**7010 2780 0001 8638 3712**  
Andrew I. Glenn, Esq.  
Card & Glenn, P.A.  
2501 Hollywood Boulevard, Suite 100  
Hollywood, Florida 33020

**RE:  GIANCARLO CUROTTO v. KEY PARKING SERVICES, INC., and MICHAEL D'ALESSANDRO, individually**

**SOUTHERN DISTRICT COURT CASE NUMBER: 1:11-cv-24090-MGC**

Dear Mr. Glenn:

Please find enclosed Defendants' Interrogatories and Request for Production in the above-referenced matter.

Very truly yours,

LEVINE & PARTNERS, P.A.

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Andrew I. Glenn
Street, Apt. No.; or PO Box No.: 2501 Hollywood Blvd Suite 100
City, State, ZIP+4: Hollywood, FL 33020

PS Form 3800, August 2006  See Reverse for Instructions

7010 2780 0001 8638 3712

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Andrew I. Glenn, Esq
Card & Glenn, P.A.
2501 Hollywood Blvd, Suite 100
Hollywood, Florida 33020

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  PMTS
☐ Agent
☐ Addressee

B. Received by (Printed Name): Paul Morris
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7010 2780 0001 8638 3712

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540