| | |
|---|---|
| LEVINE & PARTNERS, P.A.<br>ATTORNEYS AT LAW | 1110 BRICKELL AVENUE, 7th FLOOR<br>MIAMI, FLORIDA 33131 |

Allan S. Reiss, Esquire

TELEPHONE: (305) 372-1350 Ext. 115
FACSIMILE: (305) 423-3203
E-MAIL:     asr@levinelawfirm.com

March 27, 2012

**VIA FACSIMILE NO.: 954-921-9553 AND**
**CERTIFIED MAIL NO.: 7010 1670 0002 5389 6982**
Andrew I. Glenn, Esq.
Card & Glenn, P.A.
2501 Hollywood Boulevard, Suite 100
Hollywood, Florida 33020

    RE:    **GIANCARLO CUROTTO v. KEY PARKING SERVICES, INC., and MICHAEL D'ALESSANDRO, individually**

            **U.S. DISTRICT COURT CASE NUMBER: 1:11-cv-24090-MGC**

Dear Mr. Glenn:

    Defendants, Key Parking Services, Inc. and Michael D' Alessandro served Interrogatories and Request for Production on February 8, 2012. The time for serving responses or objections has long since passed. Plaintiff failed to seek protective order, object or files responses. Accordingly, all objections other than privilege have been waived. Kindly provide full and complete answers to interrogatories under oath, all requested documents, any response to the request indicating that all responsive documents have been produced and indicating which documents were produced in response to which request by the end of this week. This is our good faith effort to resolve this matter without the need for Court intervention.

    Thank you.

Very truly yours,

LEVINE & PARTNERS, P.A.

By: _____
    ALLAN S. REISS, ESQ.

ASR/mgs

cc:    Key Parking Services, Inc.
       Michael D' Alessandro

E:\WORK\B\0052.032\L\LT Glenn 3.doc


EXHIBIT "C"

```
                    ********************
                    ***   TX REPORT   ***
                    ********************

    TRANSMISSION OK

    TX/RX NO                4596
    RECIPIENT ADDRESS       99549219553
    DESTINATION ID
    ST. TIME                03/27 15:51
    TIME USE                00'19
    PAGES SENT              1
    RESULT                  OK
```

LEVINE & PARTNERS, P.A.  
ATTORNEYS AT LAW

1110 BRICKELL AVENUE, 7th FLOOR  
MIAMI, FLORIDA 33131

Allan S. Reiss, Esquire

TELEPHONE: (305) 372-1350 Ext. 115  
FACSIMILE: (305) 423-3203  
E-MAIL: asr@levinelawfirm.com

March 27, 2012

**VIA FACSIMILE NO.: 954-921-9553 AND**  
**CERTIFIED MAIL NO.: 7010 1670 0002 5389 6982**  
Andrew I. Glenn, Esq.  
Card & Glenn, P.A.  
2501 Hollywood Boulevard, Suite 100  
Hollywood, Florida 33020

RE:   GIANCARLO CUROTTO v. KEY PARKING SERVICES, INC., and MICHAEL D'ALESSANDRO, individually

U.S. DISTRICT COURT CASE NUMBER: 1:11-cv-24090-MGC

Dear Mr. Glenn:

Defendants, Key Parking Services, Inc. and Michael D' Alessandro served Interrogatories and Request for Production on February 8, 2012. The time for serving responses or objections has long since passed. Plaintiff failed to seek protective order, object or files responses. Accordingly, all objections other than privilege have been waived. Kindly provide full and complete answers to interrogatories under oath, all requested documents, any response to the request indicating that all responsive documents have been produced and indicating which documents were produced in response to which request by the end of this week. This is our good faith effort to resolve this matter without the need for Court intervention.

Thank you.

**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .45 |
| Certified Fee | 2.95 |
| Return Receipt Fee (Endorsement Required) | 2.35 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.75 |

Postmark Here

Sent To: ANDREW I. GLENN, ESQ.
Street, Apt. No.; or PO Box No.: 2501 HOLLYWOOD BLVD
City, State, ZIP+4: HOLLYWOOD, FLORIDA 33020

PS Form 3800, August 2006      See Reverse for Instructions

7010 1670 0002 5389 6982

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ANDREW I. GLENN, ESQ.
2501 HOLLYWOOD BLVD.
SUITE 100
HOLLYWOOD, FL 33020

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Karen England
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

MAR 28

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7010 1670 0002 5389 6982

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540